# Return

Case No.: 25-04866MB

☒ FILED ☐ LODGED
Apr 15 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4-15-25 | 4-15-25 12:05PM | N/A |

INVENTORY MADE IN THE PRESENCE OF

W. Akins / D. Grossenbach

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

15 grams of Suboxone

Packaging Material

## Not Executed

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4-15-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title